```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
         v.                  ) Criminal No. 09-247
                             )
KEVIN IAN DAVIS,             )
     Defendant.              )
```

ORDER

AND NOW, this 13th day of April, 2010, the Court having been advised that the above defendant wishes to change his plea of not guilty, entered September 10, 2009, IT IS HEREBY ORDERED that a hearing on defendant's change of plea is set for Tuesday, May 11, 2010 at 1:30 p.m. in Courtroom #3A, 3rd floor, United States Courthouse, Pittsburgh, Pennsylvania.

BY THE COURT:

s/Gary L. Lancaster          ,J.
The Honorable Gary L. Lancaster,
Chief United States District Judge

cc:   Almon S. Burke, Jr.,
      Assistant United States Attorney

      Patrick M. Livingston, Esquire
      Colonial Building
      205 Ross Street
      Pittsburgh, PA 15219

      U.S. Marshal

      U.S. Probation

      U.S. Pretrial Services